UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TILMAN D. COLBERT JONES,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>    Defendant. | 1:19-cv-08235<br><br>Honorable Sara L. Ellis |

## INITIAL STATUS REPORT

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, the parties submit the following Initial Status Report.

**1.    The Nature of the Case**

    A.    Parties:

| For Plaintiff | For Defendant |
|---|---|
| **Nathan Charles Volheim** (Lead Attorney)<br>**Texiarchis Hatzidimitriadis**<br>**Eric D. Coleman**<br>**Alejandro Emmanuel Figueroa**<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>630-575-8181<br>Fax: 630-575-8188<br>Email: nvolheim@sulaimanlaw.com<br>Email: thatz@sulaimanlaw.com<br>Email: ecoleman@sulaimanlaw.com<br>Email: alejandrof@sulaimanlaw.com | **Dennis N. Lueck, Jr.** (lead trial attorney) *pro hac vice*<br>dlueck@hinshawlaw.com<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111<br>Tel: 212-471-6216<br>**Whitney S. Goldin**<br>wgoldin@hinshawlaw.com<br>Hinshaw & Culbertson LLP<br>151 N Franklin Street, Suite 2500<br>Chicago, IL 60606<br>312-704-3718 |

    B.    Claims asserted: Plaintiff's complaint alleges violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C §227 *et seq.,* for Defendant causing his cellular phone to ring without permission through means of an automated telephone dialing system

("ATDS") as defined by the TCPA. Plaintiff alleges that Defendant was calling his cellular phone for collection purposes. Any consent Plaintiff *may* have given Defendant to contact him was revoked.

   C. Major legal issues: Whether Defendant called Plaintiff's cellular phone using an ATDS as defined by the TCPA?

   D. Relief sought: Plaintiff seeks statutory damages of up to $1,500.00 per call as provided under the TCPA, 47 U.S.C. §§ 227(b)(3)(B)&(C).

**2. Jurisdiction**

   A. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. §§1331 and 1337 as the action arises under the laws of the United States.

**3. Status of Service**

   A. The Defendant has tendered a waiver of service and responsive pleading is due February 28, 2020.

**4. Consent to Proceed Before a United States Magistrate Judge**

   A. Plaintiff's counsel has advised its Client about the ability to proceed before a Magistrate Judge.

   B. Defendant's counsel has advised its Client about the ability to proceed before a Magistrate Judge.

**5. Motions**

   A. There are currently no pending motions before the Court.

**6. Case Plan**

A. Mandatory Initial Discovery Pilot ("MIDP"). This case is subject to the MIDP. As such the parties will comply with the timing and other provisions of the MIDP. Disclosures under the MIDP will be due 30 days after Defendant's Responsive Pleading is filed.

B. Discovery Plan

    i. The parties anticipates both written and oral discovery

    ii. The parties proposes to issue written discovery by April 30, 2020.

    iii. The parties proposes fact discovery to be completed by October 8, 2020.

    iv. The parties anticipate limited expert discovery over the telephone system that Defendant used to make the calls in question. The parties propose expert discovery to be completed by October 8, 2020. The parties will make expert disclosure by August 6, 2020.

    vi. The parties proposes to file dispositive motions by November 9, 2020.

B. Trial

    i. Plaintiff has demanded a jury trial.

    ii. The parties do not anticipate any trial lasting more than two (2) days.

**7.** **Status of Settlement Discussion**

A. Plaintiff has tendered a settlement demand to Defendant and is awaiting a response.

B. At this time the parties do not request a settlement conference.

Dated: February 10, 2020

s/ Nathan Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056
Fax: 630-575-8188
Email: nvolheim@sulaimanlaw.com
*Counsel for Plaintiff*

s/ Dennis N. Lueck, Jr. *pro hac vice*
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: 212-471-6216
Whitney S. Goldin
wgoldin@hinshawlaw.com
Hinshaw & Culbertson LLP
151 N Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3718